■ J. G. PISCITELLI & SON, INC., Respondent, v COUNTY OF ALBANY et al., Defendants, and COZZOLINO CONSTRUCTION CORPORATION, Appellant. (And Two Other Related Actions.) — Motion for extension of time to perfect appeal denied, and, on court's own motion, appeal dismissed upon ground no appeal lies from a default judgment (see CPLR 5511). Mahoney, P.J., Casey, Mikoll, Yesawich, Jr., and Herlihy, JJ., concur.